| | |
|---|---|
| United States District Court<br>Eastern District of New York | 1:19-cv-01265-AMD-JO |
| Boubacar Sarr individually and on behalf of all others similarly situated<br><br>Plaintiff<br><br>- against -<br><br>The A2 Milk Company<br><br>Defendant | Notice of Voluntary Dismissal<br>with Prejudice |

Plaintiff gives notice this action is voluntarily dismissed with prejudice. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: March 21, 2019

                                                             Respectfully submitted,

                                                             Sheehan & Associates, P.C.

                                                             /s/Spencer Sheehan
                                                             Spencer Sheehan
                                                             EDNY Bar Number SS-8533
                                                             505 Northern Blvd., Ste. 311
                                                             Great Neck, NY 11021
                                                             Tel: (516) 303-0552
                                                             Fax: (516) 234-7800
                                                             spencer@spencersheehan.com

1:19-cv-01265-AMD-JO
United States District Court
Eastern District of New York

Boubacar Sarr individually and on behalf of all others similarly situated

                                      Plaintiff

       - against -

The A2 Milk Company

                                      Defendant

## Notice of Voluntary Dismissal with Prejudice

Sheehan & Associates, P.C.
505 Northern Blvd., Ste. 311
Great Neck, NY 11021
Tel: (516) 303-0552
Fax: (516) 234-7800
spencer@spencersheehan.com

Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information, and belief, formed after an inquiry reasonable under the circumstances, the contentions contained in the annexed documents are not frivolous.

Dated: March 21, 2019

                                                                  /s/ Spencer Sheehan
                                                                      Spencer Sheehan